IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO.: 1:21-mj-04128-JDG-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| vs. | ) | |
| | ) | |
| **PAUL SPIVAK** | ) | **REQUEST FOR HEARING ON DETENTION** |
| | ) | **STATUS** |
| Defendant. | ) | |

Now comes the Defendant, PAUL SPIVAK, by and through undersigned Counsel, and respectfully requests a hearing on his detention status for the reasons more fully set forth in the attached Memorandum incorporated herein as if fully rewritten.

Respectfully Submitted,

/s/ Kevin M. Spellacy
**KEVIN M. SPELLACY (0042374)**
323 W. Lakeside Ave.
Suite 200
Cleveland, Ohio 44113
Phone: (216) 344-9220
Fax:    (216) 664-6999 (Fax)
E-mail: kpell@mghslaw.com

COUNSEL FOR DEFENDANT
PAUL SPIVAK

**MEMORANDUM IN SUPPORT**

Defendant was arrested on June 8, 2021. He was afforded an initial appearance where he waived his right to a preliminary hearing, but requested a detention hearing. On Friday, June 11, 2021, the parties reached an agreement where Defendant could surrender his passport, post $60,000, allow the FBI to search his home for weapons, remove any other dangerous devices, and finally, allow pretrial services to inspect his home for the purposes of home detention.

To date, Defendant has paid the $60,000, he allowed the FBI to take his weapons and search his home, he has removed all other dangerous devices, he has surrendered his passport, and allowed pretrial services to conduct a review of his residence. It is Counsel's understanding that pretrial services has determined that the internet at the home was insufficient for the purposes of home detention.

Since that inspection, Defendant's wife had Spectrum (the internet provider) correct the issues with the internet by installing a new router and equipment, as well as installing a land line. Accordingly, Defendant has attempted to comply with all conditions discussed between the parties in this matter.

WHEREFORE, the Defendant, Paul Spivak, respectfully requests a hearing relative to his detention status.

Respectfully Submitted,

/s/ Kevin M. Spellacy
**KEVIN M. SPELLACY (0042374)**
323 W. Lakeside Ave.
Suite 200
Cleveland, Ohio 44113
Phone: (216) 344-9220
Fax:    (216) 664-6999 (Fax)
E-mail: kpell@mghslaw.com

COUNSEL FOR DEFENDANT
PAUL SPIVAK

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Continue was filed electronically on this 18th day of June, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Kevin M. Spellacy
**KEVIN M. SPELLACY (0042374)**