# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:21-cr-491 |
| Plaintiff, | ) |
| | ) JUDGE J. PHILIP CALABRESE |
| vs. | ) |
| | ) **MOTION TO WITHDRAW AS** |
| PAUL SPIVAK, et al., | ) **ATTORNEY FOR PAUL SPIVAK** |
| Defendants. | ) |

Now comes Taft Stettinius & Hollister LLP and John R. Mitchell, pursuant to Local Rule 57.21 and Rule 1.16(a)(3) of the Ohio Rules of Professional Conduct, and move this Court for permission to withdraw as counsel for Paul Spivak. A memorandum in support is attached.

Date: August 2, 2023

Respectfully Submitted,

/s/ *John R. Mitchell*
John R. Mitchell, Esq. (#0066759)
JMitchell@taftlaw.com
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Office: 216.706.3909
Fax: 216.241.2838

*Attorney for Defendant Paul Spivak*

-1-

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cr-491 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| vs. | ) | |
| | ) | **MEMORANDUM IN SUPPORT OF** |
| PAUL SPIVAK, et al. | ) | **MOTION TO WITHDRAW AS** |
| | ) | **ATTORNEY FOR PAUL SPIVAK** |
| Defendants. | ) | |
| | ) | |

With the issuance of a Second Superseding Indictment on June 29, 2023 that added a new defendant, this Court held a status conference on July 24, 2023 to address the then-pending Court schedule. At that status conference, the Court suspended all dates except a status conference set for September 14, 2023 at 2:00 p.m. No other dates are pending in this matter relating to Mr. Spivak.

On August 1, 2023, Mr. Spivak informed John R. Mitchell [and co-counsel Kevin Spellacy] that he had retained new counsel to represent him in the above-captioned matter and that they were discharged as his attorneys in this matter. Accordingly, since Mr. Spivak has obtained new counsel and there are no pending dates in this matter that relate to him beyond the above-mentioned status conference, pursuant to Local Rule 57.21 and Rule 1.16(a)(3) of the Ohio Rules of Professional Conduct, Mr. Mitchell and Taft Stettinius & Hollister LLP now seek this Court's permission to withdraw from their representation of Paul Spivak in the above-captioned matter.

-3-

Date: August 2, 2023	Respectfully Submitted,

/s/ *John R. Mitchell*
John R. Mitchell, Esq. (#0066759)
JMitchell@taftlaw.com
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Office: 216.706.3909
Fax: 216.241.2838

*Attorney for Defendant Paul Spivak*

## CERTIFICATE OF SERVICE

A copy of the foregoing ***MOTION TO WITHDRAW*** was served through the Court's electronic filing system this 2nd day of August, 2023. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.

/s/ *John R. Mitchell*
*Attorney for Defendant Paul Spivak*
