UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21-cr-00491 |
| Plaintiff, | ) ) ) | Judge J. Philip Calabrese |
| v. | ) ) | Magistrate Judge Jonathan D. Greenberg |
| PAUL SPIVAK, | ) ) | |
| OLGA SMIRNOVA, | ) ) | |
| CHARLES SCOTT, | ) ) | |
| and | ) ) | |
| CHRISTOPHER BONGIORNO, | ) ) | |
| Defendants. | ) ) | |

# ORDER

In Second Amended Pretrial Order 5 and Trial Order (ECF No. 326), the Court ordered the parties to serve witness and exhibit lists by July 15, 2024 by 4:00 pm—in advance of the final pretrial conference scheduled for July 22, 2024. This exchange of information intends to allow the Court and the parties to prepare for the final pretrial conference and to facilitate the orderly conduct of the trial that maximizes the efficient presentation of the evidence for the jury.

Defendants move to compel the United States to comply with that order. For good cause shown, the Court **GRANTS** the motion to compel and orders as follows: by noon on July 17, 2024, the United States shall: (1) identify for defense counsel the

exhibits listed on its exhibit list; (2) identify for defense counsel all witnesses listed on its exhibit list; and (3) provide its witness and exhibit lists to chambers.

**SO ORDERED.**

Dated: July 16, 2024

*[signature]*

J. Philip Calabrese
United States District Judge
Northern District of Ohio