UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21cr491 |
| Plaintiff, | ) | |
| v. | ) | JUDGE J. PHILIP CALABRESE |
| PAUL SPIVAK AND CHARLES SCOTT | ) | |
| Defendants. | ) | |

### CERTIFICATION OF PHASE ONE TRIAL EXHIBITS FOR JURY DELIBERATIONS

I have reviewed the trial exhibits to be presented to the jury during their deliberations and find that they are correct.

Date: 9/11/24

Elliot D. Morrison
Assistant U.S. Attorney

Date: 9/11/24

Megan R. Miller
Assistant U.S. Attorney

Date: 9/11/24

David L. Axelrod
Attorney for Defendant Paul Spivak

Date: 9/11/24

Lauren W. Engelmyer
Attorney for Defendant Paul Spivak

Date: 9/11/24

David DeVillers
Attorney for Defendant Charles Scott