## PHASE ONE EXHIBIT LIST

| Ex. Series | Ex. Number | Exhibit Name |
|---|---|---|
| Gov't Ex. | 3-A | HSF INVESTMENTS X7010 STATEMENTS 2016.11.30 TO 2016.12.30 |
| Gov't Ex. | 3-B | HSF-ACAP Financial, Inc. Statement |
| Gov't Ex. | 3-C | VSTOCK TRANSFER 61440 |
| Gov't Ex. | 4-A | HSF INVESTMENTS ALPINE X6750 2017.10.01 TO 2017.12.31 |
| Gov't Ex. | 4-B | FWD 9-15-2016 USLG HSF 500K |
| Gov't Ex. | 4-C | VSTOCK TRANSFER 61440 |
| Gov't Ex. | 5-A | 2016.10.11 ROBERT LARSON CHECK 3658 10000.00 |
| Gov't Ex. | 5-B | USLG HUNTINGTON X5187 STATEMENT 2016.10.01 TO 2016.10.31 |
| Gov't Ex. | 5-C | VSTOCK TRANSFER 62737 |
| Gov't Ex. | 6-A | 2016.09.16 PATRICIA REZAC CHECK 191 5000 |
| Gov't Ex. | 6-B | USLG HUNTINGTON X5187 STATEMENT 2016.09.01 TO 2016.09.30 |
| Gov't Ex. | 6-C | V STOCK TRANSFER 61957 |
| Gov't Ex. | 7-A | 2016.10.13 LINDA STALLINGS CHECK 798 5000.00 |
| Gov't Ex. | 7-B | USLG HUNTINGTON X5187 STATEMENT 2016.10.01 TO 2016.10.31 |
| Gov't Ex. | 7-C | V STOCK TRANSFER 62823 |
| Gov't Ex. | 8-A | 2016.10.12 DUDLEY FRANK CHECK 9192 50000.00 |
| Gov't Ex. | 8-B | CALL2016.10.21 DUDLEY FRANK CHECK 9194 50000.00 |
| Gov't Ex. | 8-C | 2016.10.28 DUDLEY FRANK CHECK 9195 50000.00 |
| Gov't Ex. | 8-D | USLG HUNTINGTON X5187 STATEMENT 2016.10.01 TO 2016.10.31 |
| Gov't Ex. | 8-E | V STOCK TRANSFER 62737 |
| Gov't Ex. | 9-A | 2016.11.03 DUARTE TRUST CHECK 1207 25000.00 |
| Gov't Ex. | 9-B | USLG HUNTINGTON X5187 STATEMENT 2016.11.01 TO 2016.11.30 |
| Gov't Ex. | 9-C | V STOCK TRANSFER 63121 |
| Gov't Ex. | 10-A | 2016.12.12 GARY NOLAN CHECK 25000.00 |
| Gov't Ex. | 10-B | USLG HUNTINGTON X5187 STATEMENT 2016.12.01 TO 2016.12.31 |
| Gov't Ex. | 10-C | VSTOCK TRANSFER 64213 |

| Gov't Ex. | 11-A | 20171110 JAROMIR & VERKA IFKA WIRE SUMMARY 1000000 |
| --- | --- | --- |
| Gov't Ex. | 11-B | USLG HUNTINGTON X5187 STATEMENT 2016.10.01 TO 2016.10.31 |
| Gov't Ex. | 11-C | USLG HUNTINGTON X5187 STATEMENT 2016.11.01 TO 2016.11.30 |
| Gov't Ex. | 11-D | V STOCK TRANSFER 79158 |
| Gov't Ex. | 12-A | 20171201 DONALD BRENHOLT WIRE SUMMARY 1000000 |
| Gov't Ex. | 12-B | USLG HUNTINGTON X5187 STATEMENT 2016.12.01 TO 2016.12.31 |
| Gov't Ex. | 12-C | V STOCK TRANSFER 80529 |
| Gov't Ex. | 13-A | CHARLES SCOTT ML |
| Gov't Ex. | 13-B | VSTOCK TRANSFER 58411 SHARE RECEIVED |
| Gov't Ex. | 13-C | VSTOCK TRANSFER 86243 SHARES DEPOSITED |
| Gov't Ex. | 18-A | 2018.10.15 DANIEL KANE CHECK 334268 35000.00 |
| Gov't Ex. | 18-B | USLG HUNTINGTON X5187 STATEMENT 2018.10.01 TO 2018.10.31 |
| Gov't Ex. | 18-C | V STOCK TRANSFER 96581 |
| Gov't Ex. | 19-A | 2018.11.16 GARY ANNE SHANER CHECK 42 12500.00 |
| Gov't Ex. | 19-B | USLG HUNTINGTON X5187 STATEMENT 2018.11.01 TO 2018.11.30 |
| Gov't Ex. | 19-C | V STOCK TRANSFER 98109 |
| Gov't Ex. | 21-A | FORREST CHURCH WILSON-DAVIS X4452 2019.04.01 TO 2019.06.30 DEPOSIT-TRANSFER |
| Gov't Ex. | 21-B | FJC INVESTMENT SOLUTIONS LLC WILSON-DAVIS X5008 2019.05.01 TO 2021.06.30 TRANSFER-SALE |
| Gov't Ex. | 21-C | VSTOCK TRANSFER 105196 |
| Gov't Ex. | 22-A | FORREST CHURCH BANK OF AMERICA X2853 2021.03.19 TO 2021.04.19 |
| Gov't Ex. | 22-B | VSTOCK RECEIPT 142095 |
| Gov't Ex. | 23-A | 2016.09.16 7500 WIRE DETAIL SUNTRUST_TRUIST |
| Gov't Ex. | 23-B | HSF INVESTMENT SERVICES INC X1063 STATEMENT 2016.09.01 TO 2019.09.30 |

| | | |
|---|---|---|
| Gov't Ex. | 23-C | USLG HUNTINGTON X5187 STATEMENT 2016.09.01 TO 2016.09.30 |
| Gov't Ex. | 24-A | 2016.09.16 PATRICIA REZAC CHECK 191 5000 |
| Gov't Ex. | 24-B | USLG HUNTINGTON X5187 STATEMENT 2016.09.01 TO 2016.09.30 |
| Gov't Ex. | 24-C | V STOCK TRANSFER 61957 |
| Gov't Ex. | 25-A | 2016.09.19 WIRE DETAIL WELLS FARGO |
| Gov't Ex. | 25-B | AM LEAD CONSULTING LLC X5274 STATEMENT 2016.09.01 TO 2016.09.30 |
| Gov't Ex. | 25-C | USLG HUNTINGTON X5187 STATEMENT 2016.09.01 TO 2016.09.30 |
| Gov't Ex. | 26-A | 2016.09.23 7500 WIRE DETAIL SUNTRUST_TRUIST |
| Gov't Ex. | 26-B | HSF INVESTMENT SERVICES INC X1063 STATEMENT 2016.09.01 TO 2019.09.30 |
| Gov't Ex. | 26-C | USLG HUNTINGTON X5187 STATEMENT 2016.09.01 TO 2016.09.30 |
| Gov't Ex. | 27-A | 2016.09.30 10000 WIRE DETAIL SUNTRUST_TRUIST |
| Gov't Ex. | 27-B | HSF INVESTMENT SERVICES INC X1063 STATEMENT 2016.09.01 TO 2019.09.30 |
| Gov't Ex. | 27-C | USLG HUNTINGTON X5187 STATEMENT 2016.09.01 TO 2016.09.30 |
| Gov't Ex. | 28-A | 2016.10.04 7500 WIRE DETAIL |
| Gov't Ex. | 28-B | HSF INVESTMENT SERVICES INC X1063 STATEMENT 2016.10.01 TO 2019.10.30 |
| Gov't Ex. | 28-C | USLG HUNTINGTON X5187 STATEMENT 2016.10.01 TO 2016.10.31 |
| Gov't Ex. | 29-A | 2016.10.13 LINDA STALLINGS CHECK 798 5000.00 |
| Gov't Ex. | 29-B | USLG HUNTINGTON X5187 STATEMENT 2016.10.01 TO 2016.10.31 |
| Gov't Ex. | 29-C | V STOCK TRANSFER 62823 |
| Gov't Ex. | 30-A | 2016.10.12 DUDLEY FRANK CHECK 9192 50000.00 |
| Gov't Ex. | 30-B | USLG HUNTINGTON X5187 STATEMENT 2016.10.01 TO 2016.10.31 |
| Gov't Ex. | 30-C | V STOCK TRANSFER 62737 |

| Gov't Ex. | 31-A | 2016.10.25 WIRE DETAIL 22500.00 WELLS FARGO |
|---|---|---|
| Gov't Ex. | 31-B | FAST CASUAL AD LLC X7481 STATEMENT 2016.10.01 TO 2016.10.31 |
| Gov't Ex. | 31-C | USLG HUNTINGTON X5187 STATEMENT 2016.10.01 TO 2016.10.31 |
| Gov't Ex. | 32-A | 2016.11.03 WALTER R WHITE CHECK 4274 7000.00 |
| Gov't Ex. | 32-B | USLG HUNTINGTON X5187 STATEMENT 2016.11.01 TO 2016.11.30 |
| Gov't Ex. | 32-C | V STOCK TRANSFER 63102 |
| Gov't Ex. | 33-A | 2016.11.03 DUARTE TRUST CHECK 1207 25000.00 |
| Gov't Ex. | 33-B | USLG HUNTINGTON X5187 STATEMENT 2016.11.01 TO 2016.11.30 |
| Gov't Ex. | 33-C | V STOCK TRANSFER 63121 |
| Gov't Ex. | 34-A | 2016.12.19 JANE AUSTIN CHECK 2345 4000.00 |
| Gov't Ex. | 34-B | USLG HUNTINGTON X5187 STATEMENT 2016.12.01 TO 2016.12.31 |
| Gov't Ex. | 34-C | V STOCK TRANSFER 78118 |
| Gov't Ex. | 35-A | 2016.12.22 WIRE DETAIL 2000.00 WELLS FARGO |
| Gov't Ex. | 35-B | AM LEAD CONSULTING LLC X5274 STATEMENT 2016.12.01 TO 2016.12.31 |
| Gov't Ex. | 35-C | USLG HUNTINGTON X5187 STATEMENT 2016.12.01 TO 2016.12.31 |
| Gov't Ex. | 36-A | 20171110 JAROMIR & VERKA IFKA WIRE SUMMARY 1000000 |
| Gov't Ex. | 36-B | USLG HUNTINGTON X5187 STATEMENT 2016.11.01 TO 2016.11.30 |
| Gov't Ex. | 36-C | V STOCK TRANSFER 79158 |
| Gov't Ex. | 37-A | 2017.11.10 BERNARD PETERSON CHECK 1220 5000.00 |
| Gov't Ex. | 37-B | USLG HUNTINGTON X5187 STATEMENT 2016.11.01 TO 2016.11.30 |
| Gov't Ex. | 37-C | V STOCK TRANSFER 79158 |
| Gov't Ex. | 38-A | 20171201 DONALD BRENHOLT WIRE SUMMARY 1000000 |
| Gov't Ex. | 38-B | USLG HUNTINGTON X5187 STATEMENT 2016.12.01 TO 2016.12.31 |
| Gov't Ex. | 38-C | V STOCK TRANSFER 80529 |

| Gov't Ex. | 39-A | AccountNow Records 081921-01.xlsx |
|---|---|---|
| Gov't Ex. | 39-B | ACH DETAIL GJS 02 - FOLLOW-UP |
| Gov't Ex. | 39-C | USLG HUNTINGTON X5187 STATEMENT 2016.12.01 TO 2016.12.31 |
| Gov't Ex. | 40-A | 2018.10.15 DANIEL KANE CHECK 334268 35000.00 |
| Gov't Ex. | 40-B | USLG HUNTINGTON X5187 STATEMENT 2018.10.01 TO 2018.10.31 |
| Gov't Ex. | 40-C | V STOCK TRANSFER 96581 |
| Gov't Ex. | 41-A | 2018.10.18 WIRE DETAIL 14000.00 WELLS FARGO |
| Gov't Ex. | 41-B | USLG HUNTINGTON X5187 STATEMENT 2018.10.01 TO 2018.10.31 |
| Gov't Ex. | 41-C | SECURED CONSULTING X8427 STATEMENT 2018.10.01 TO 2018.10.31 |
| Gov't Ex. | 42-A | 2018.11.16 GARY ANNE SHANER CHECK 42 12500.00 |
| Gov't Ex. | 42-B | USLG HUNTINGTON X5187 STATEMENT 2018.11.01 TO 2018.11.30 |
| Gov't Ex. | 42-C | V STOCK TRANSFER 98109 |
| Gov't Ex. | 43-A | 2018.11.21 WIRE DETAIL 5000.00 WELLS FARGO |
| Gov't Ex. | 43-B | USLG HUNTINGTON X5187 STATEMENT 2018.11.01 TO 2018.11.30 |
| Gov't Ex. | 43-C | SECURED CONSULTING X8427 STATEMENT 2018.10.01 TO 2018.10.31 |
| Gov't Ex. | 102-A | US LIGHTING GROUP INC SIG CARDS |
| Gov't Ex. | 102-B | FJC INVESTMENT SOLUTIONS LLC SIG CARDS |
| Gov't Ex. | 102-C | HSF INVESTMENTS INC SIG CARDS |
| Gov't Ex. | 102-D | HSF INVESTMENT SERVICES INC SIG CARDS |
| Gov't Ex. | 102-E | LEGACY GLOBAL INVESTMENTS INC SIG CARDS |
| Gov't Ex. | 102-F | SOUTH BEACH SUPPLEMENTS SIG CARD |
| Gov't Ex. | 102-G | HDG GLOBAL MARKETING LLC SIG CARD |
| Gov't Ex. | 102-H | FAST CASUAL AD LLC SIG CARD |
| Gov't Ex. | 102-I | NORTH START ASSETS LLC SIG CARD |
| Gov't Ex. | 102-J | A&M LEAD CONSULTING LLC SIG CARD |

| | | |
|---|---|---|
| Gov't Ex. | 102-K | US LEAD GENERATION LLC SIG CARD |
| Gov't Ex. | 102-L | SECURED CONSULTING SIG CARD |
| Gov't Ex. | 103-A | USLG PV CHARTS 2016 - 2021 |
| Gov't Ex. | 108 | DON HOWARD CONSULTING AGREEMENT |
| Gov't Ex. | 109 | LARRY MATYAS SECURED CONSULTING AGREEMENT |
| Gov't Ex. | 110 | CHRISTOPHER BONGIORNO CONSULTING AGREEMENT |
| Gov't Ex. | 111 | LARRY MATYAS INVOICES |
| Gov't Ex. | 112 | CHRISTOPHER BONGIORNO INVOICES |
| Gov't Ex. | 113 | HUGHE DUWAYNE GRAHAM INVOICES |
| Gov't Ex. | 114 | DON HOWARD INVOICES |
| Gov't Ex. | 115 | JASON ARTHUR INVOICES |
| Gov't Ex. | 116 | SPIVAK CRAIGSLIST POST |
| Gov't Ex. | 117 | SEC VERSION SPIVAK CRAIGSLIST POST |
| Gov't Ex. | 123-A | MAY 1 2018 SUBJECT YOUR STOCK PURCHASE |
| Gov't Ex. | 123-B | JUNE 13 2018 FW ALPINE NEW ACCOUNT AND DEPOSIT INFO |
| Gov't Ex. | 123-D | MARCH 5 2019 NEWSWIRE MEMBERSHIPS |
| Gov't Ex. | 133 | KANE SUBSCRIPTION AGREEMENT 10.15.2018 |
| Gov't Ex. | 134 | SHANER SUBSCRIPTION AGREEMENT 11.16.2018 |
| Gov't Ex. | 135 | SHANER SUBSCRIPTION AGREEMENT 11.16.2018 |
| Gov't Ex. | 138 | PETERSON SUBSCRIPTION AGREEMENT 4.6.2018 |
| Gov't Ex. | 139 | MILLETT SUBSCRIPTION AGREEMENT 8.2.2018 |
| Gov't Ex. | 142 | CHARLES MICHAEL SUBSCRIPTION AGREEMENT MULTIPLE |
| Gov't Ex. | 152-A | 2018.04.23 JUNE AUSTIN CHECK 6024 3000.00 |
| Gov't Ex. | 152-B | USLG HUNTINGTON X51187 STMT 2018.04.01 TO 2018.04.30 |
| Gov't Ex. | 152-C | VSTOCK TRANSFER 84782 |
| Gov't Ex. | 152-D | VSTOCK TRANSFER 86369 |

| | | |
|---|---|---|
| Gov't Ex. | 154-A | 20180802 CALVIN MILLETT WIRE SUMMARY 750000 |
| Gov't Ex. | 154-B | USLG HUNTINGTON X5187 STMT 2018.08.01 TO 2018.08.31 |
| Gov't Ex. | 154-C | VSTOCK TRANSFER 92769 |
| Gov't Ex. | 155-A | 2016.10.12 CHARLES MICHAELS CHECK 7763 10000.00 |
| Gov't Ex. | 155-B | 2018.06.26 CHARLES MICHAELS CHECK 8105 25000.00 |
| Gov't Ex. | 155-C | 2018.10.25 CHARLES MICHAELS CHECK 8153 18750.00 |
| Gov't Ex. | 155-D | 20181113 MICHAELS CHECK 3161 6250.00 |
| Gov't Ex. | 155-E | 20190107 MICHAELS CHECK 9006 2500.00 |
| Gov't Ex. | 155-F | 20191216 MICHAELS CHECK 9111 7500.00 |
| Gov't Ex. | 155-G | 2020.09.08 CHARLES MICHAELS CHECK 9185 15000.00 |
| Gov't Ex. | 155-H | 20201015 CHARLES MICHAELS WIRE SUMMARY 750000 |
| Gov't Ex. | 155-I | USLG HUNTINGTON X5187 STMT 2016.10.01 TO 2016.10.31 |
| Gov't Ex. | 155-J | USLG HUNTINGTON X5187 STMT 2018.06.01 TO 2018.06.30 |
| Gov't Ex. | 155-K | USLG HUNTINGTON X5187 STMT 2018.10.01 TO 2018.10.31 |
| Gov't Ex. | 155-L | USLG HUNTINGTON X5187 STMT 2018.11.01 TO 2018.11.30 |
| Gov't Ex. | 155-M | USLG HUNTINGTON X5187 STMT 2019.01.01 TO 2019.01.31 |
| Gov't Ex. | 155-N | USLG HUNTINGTON X5187 STMT 2019.12.01 TO 2019.12.31 |
| Gov't Ex. | 155-O | USLG HUNTINGTON X5187 STMT 2020.09.01 TO 2020.09.30 |
| Gov't Ex. | 155-P | USLG HUNTINGTON X5187 STMT 2020.10.01 TO 2020.10.31 |
| Gov't Ex. | 155-Q | VSTOCK TRANSFER 100131 |
| Gov't Ex. | 155-R | VSTOCK TRANSFER 116790 |
| Gov't Ex. | 155-S | VSTOCK TRANSFER 1301701 |
| Gov't Ex. | 155-T | VSTOCK TRANSFER 130170 |
| Gov't Ex. | 155-U | VSTOCK TRANSFER 131553 |
| Gov't Ex. | 155-V | VSTOCK TRANSFER 62823 |
| Gov't Ex. | 155-W | VSTOCK TRANSFER 88987 |

| Gov't Ex. | 155-X | VSTOCK TRANSFER 97008 |
|---|---|---|
| Gov't Ex. | 155-Y | VSTOCK TRANSFER 97788 |
| Gov't Ex. | 157-A | 2016.11.15 THE DUARTE TRUST CHECK 1209 25000.00 |
| Gov't Ex. | 157-B | USLG HUNTINGTON X5187 STMT 2016.11.01 TO 2016.11.30 |
| Gov't Ex. | 157-C | VSTOCK TRANSFER 63401 |
| Gov't Ex. | 159-A | 2016.12.12 DUDLEY FRANK CHECK 9216 1000000.00 |
| Gov't Ex. | 159-B | USLG HUNTINGTON X5187 STMT 2016.11.01 TO 2016.11.30 |
| Gov't Ex. | 159-C | USLG HUNTINGTON X5187 STMT 2016.12.01 TO 2016.12.31 |
| Gov't Ex. | 159-D | VSTOCK TRANSFER 63727 |
| Gov't Ex. | 159-E | VSTOCK TRANSFER 63821 |
| Gov't Ex. | 159-F | VSTOCK TRANSFER 64315 |
| Gov't Ex. | 159-G | VSTOCK TRANSFER 64506 |
| Gov't Ex. | 159-H | 2016.11.15 DUDLEY FRANK CHECK 9205 100000.00 |
| Gov't Ex. | 160-A | 20180911 GEORGE BEIN WIRE SUMMARY 1250000 |
| Gov't Ex. | 160-B | USLG HUNTINGTON X5187 STMT 2018.09.01 TO 2018.09.30 |
| Gov't Ex. | 160-C | VSTOCK 94779 |
| Gov't Ex. | 161-A | 2016.09.14 ROBERT LARSON CHECK 3657 5000.00 |
| Gov't Ex. | 161-B | USLG HUNTINGTON X5187 STMT 2016.09.01 TO 2016.09.30 |
| Gov't Ex. | 161-C | V STOCK TRANSFER 61957 |
| Gov't Ex. | 162-A | 2017.12.12 GARY NOLAN CHECK 1757 25000.00 |
| Gov't Ex. | 162-B | USLG HUNTINGTON X5187 STMT 2017.12.01 TO 2017.12.31 |
| Gov't Ex. | 162-C | VSTOCK TRANSFER 84789 |
| Gov't Ex. | 163-A | 2016.09.29 PAUL PATRICK CHECK 6206 4000.00 |
| Gov't Ex. | 163-B | 2016.10.20 PAUL PATRICK CHECK 6220 3000.00 |
| Gov't Ex. | 163-C | USLG HUNTINGTON X5187 STMT 2016.10.01 TO 2016.10.31 |
| Gov't Ex. | 163-D | USLG HUNTINGTON X5817 STMT 2016.09.01 TO 2016.09.30 |
| Gov't Ex. | 163-E | VSTOCK TRANSFER 61957 |
| Gov't Ex. | 163-F | VSTOCK TRANSFER 62823 |

| Gov't Ex. | 164-A | 2018.04.06 BERNARD PETERSEN CHECK 1227 10000.00 |
|---|---|---|
| Gov't Ex. | 164-B | USLG HUNTINGTON X5187 STMT 2018.04.01 TO 2018.04.30 |
| Gov't Ex. | 164-C | VSTOCK TRANSFER 86023 |
| Gov't Ex. | 166-E | USLG HUNTINGTON X5187 STMT 2018.05.01 TO 2018.05.31 |
| Gov't Ex. | 168-A | 2018.12.10 GARY SHANER CHECK 1126 12500.00 |
| Gov't Ex. | 168-B | 2019.02.07 GARY SHANER CHECK 1132 25000.00 |
| Gov't Ex. | 168-C | 2019.04.30 GARY SHANER CHECK 9538 12500.00 |
| Gov't Ex. | 168-D | 2019.12.06 GARY SHANER CHECK 9550 12500.00 |
| Gov't Ex. | 168-E | 2020.03.19 GARY SHANER CHECK 1205 25000.00 |
| Gov't Ex. | 168-F | 2020.10.09 GARY SHANER CHECK 9698 10050.00 |
| Gov't Ex. | 168-G | USLG HUNTINGTON X5187 STMT 20181201 TO 20181231 |
| Gov't Ex. | 168-H | USLG HUNTINGTON X5187 STMT 2019.04.01 TO 2019.04.30 |
| Gov't Ex. | 168-I | USLG HUNTINGTON X5187 STMT 2019.12.01 TO 2019.12.31 |
| Gov't Ex. | 168-J | USLG HUNTINGTON X5187 STMT 2020.03.01 TO 2020.03.31 |
| Gov't Ex. | 168-K | USLG HUNTINGTON X5187 STMT 2020.10.01 TO 2020.10.31 |
| Gov't Ex. | 168-L | VSTOCK TRANSFER 101784 |
| Gov't Ex. | 168-M | VSTOCK TRANSFER 106173 |
| Gov't Ex. | 168-N | VSTOCK TRANSFER 116167 |
| Gov't Ex. | 168-O | VSTOCK TRANSFER 124553 |
| Gov't Ex. | 168-P | VSTOCK TRANSFER 133370 |
| Gov't Ex. | 168-Q | VSTOCK TRANSFER 99022 |
| Gov't Ex. | 168-R | USLG HUNTINGTON X5187 STMT 20190201 TO 20190228 |
| Gov't Ex. | 169 | VSTOCK TRANSFER 58411 |
| Gov't Ex. | 170 | VSTOCK TRANSFER 59641 |
| Gov't Ex. | 171 | VSTOCK TRANSFER 60065 |
| Gov't Ex. | 172 | VSTOCK TRANSFER 60676 |
| Gov't Ex. | 173 | VSTOCK TRANSFER 78239 |
| Gov't Ex. | 174 | VSTOCK TRANSFER 88330 |
| Gov't Ex. | 176 | VSTOCK TRANSFER 88332 |

| Gov't Ex. | 213 | BERNARD PETERSON |
|---|---|---|
| Gov't Ex. | 214 | IFKA JAROMIR |
| Gov't Ex. | 216 | MAINSTAR TRUST KANE DANIEL |
| Gov't Ex. | 218 | ROLAND MURILLO |
| Gov't Ex. | 219 | LARSON ROBERT H |
| Gov't Ex. | 220 | GARY NOLAN |
| Gov't Ex. | 221 | MILLETT CALVIN |
| Gov't Ex. | 224 | CHARLES MICHAELS 001 |
| Gov't Ex. | 225 | CHARLES MICHAELS 002 |
| Gov't Ex. | 236 | PATRICK PAUL |
| Gov't Ex. | 239 | CHARLES SCOTT |
| Gov't Ex. | 240 | REZAC ARTHUR C |
| Gov't Ex. | 242 | SCOTT CHARLES |
| Gov't Ex. | 243 | SHANER GARY |
| Gov't Ex. | 244 | STALLINGS LINDA P |
| Gov't Ex. | 245 | WALTER WHITE |
| Gov't Ex. | 246 | WHITE WALTER RUSSELL |
| Gov't Ex. | 249 | BRENHOLT DONALD L |
| Gov't Ex. | 250 | DUDLEY FRANK |
| Gov't Ex. | 251 | FORREST CHURCH |
| Gov't Ex. | 252 | GEORGE BEIN GC LIVING G TRUST |
| Gov't Ex. | 253 | GLOBAL LEGACY RICHARD MALLION |
| Gov't Ex. | 255 | JASON ARTHUR |
| Gov't Ex. | 257 | JUNE AUSTIN |
| Gov't Ex. | 258 | JASON ARTHUR |
| Gov't Ex. | 261 | HDG GLOBAL MARKETING HUGHE GRAHAM |
| Gov't Ex. | 263 | PAUL SPIVAK PROMISSORY NOTE |
| Gov't Ex. | 271 | 1B072 SECURED DEPOSITS-LARRY MATYES |
| Gov't Ex. | 273 | CONSULTING AGREEMENT WITH LARRY MATYAS, FROM MISC DOCS FOLDER (FOUND IN REVERSED ORDER) |
| Gov't Ex. | 274 | CONSULTING AGREEMENT WITH DON HOWARD |
| Gov't Ex. | 275 | CONSULTING AGREEMENT WITH LEGACY GLOBAL, FROM MISC DOCS FOLDER |
| Gov't Ex. | 277 | MCCUSKER MICHAEL |
| Gov't Ex. | 300-A | COMPLAINT  (redacted) |
| Gov't Ex. | 300-B | SERVICE OF PROCESS |
| Gov't Ex. | 300-C | CERTIFIED MAIL RECEIPT |

| | | |
|---|---|---|
| Gov't Ex. | 300-D | MOTION FOR DEFAULT JUDGEMENT (excerpt) |
| Gov't Ex. | 300-E | PAUL SPIVAK DAMAGES HEARING TRANSCRIPT (excerpt) |
| Gov't Ex. | 300-F | DEFAULT JUDGMENT AGAINST ERSKINE (excerpt) |
| Gov't Ex. | 301-A | USLG V MALLION ET AL CERTIFIED COPY |
| Gov't Ex. | 303-A | PAUL SPIVAK TRANSCRIPT 07302019 (excerpts) |
| Gov't Ex. | 460-A | OCT 11 2019 35637 GBEN GRAHAM 1805-1955 |
| Gov't Ex. | 601-A | USLG HNB Statements |
| Gov't Ex. | 607-A | HSF Investments Inc SunTrust Truist x1063 (08.2016  09.2016) and Wire Detail |
| Gov't Ex. | 616-A | Church TD Ameritrade Statements Excerpt |
| Gov't Ex. | 617-A | Forrest Church ML x7D77 (2016.11.01 to 2016.12.31) |
| Gov't Ex. | 617-B | Forrest Church x7D77 (2017.08.01 to 2017.08.30) |
| Gov't Ex. | 618-A | Forrest Church ML x2431 (2017.11.01 to 2017.12.31) |
| Gov't Ex. | 618-B | Forrest Church ML x2431 (March to April 2018 Extract) |
| Gov't Ex. | 619-A | Trade Station Account Stmt |
| Gov't Ex. | 619-B | Church Tradestation 04.30.2018 Statement - x4807.PDF |
| Gov't Ex. | 620-A | CHURCH BOA X2853 4-18 50K WIRE TO LASH |
| Gov't Ex. | 621-A | Church Fidelity x5331 Statements June 2018-2019 |
| Gov't Ex. | 625-A | CHARLES SCOTT 50K CHECK TO DAVID LASH |
| Gov't Ex. | 626-A | Scott Merrill x7409 Statements (March - June 2018) |
| Gov't Ex. | 637-A | Intellitronix Paypal account x8170 AccountInfo |
| Gov't Ex. | 662-A | VStock 88308 (Deposit of 497500 Shares, 6.14.2018) |
| Gov't Ex. | 662-B | VStock 92474 (Scott to Collins, 8.1.2018) |
| Gov't Ex. | 662-C | Vstock 93593 (Scott to D. Mallion, 8.23.2018) |
| Gov't Ex. | 703 | USE OF 57600 IN INVESTOR FUNDS DEC 4 2018 TO DEC 6 2018 |

| Gov't Ex. | 705 | FUNDS FROM CHARLES SCOTT TO RICHARD MALLION APR 27 2018 TO MAY 30 2018 |
|---|---|---|
| Gov't Ex. | 706 | FUNDS FROM CHARLES SCOTT TO US LIGHTING GROUP APR 27 2018 TO MAY 30 2018 |
| Gov't Ex. | 707 | FUNDS FROM USLG TO US LEAD GENERATION LLC FEB 27 2018 TO MAR 2 2018 |
| Gov't Ex. | 708 | FUNDS FROM FORREST CHURCH TO US LIGHTING GROUP |
| Gov't Ex. | 709 | FUNDS FROM RICHARD MALLION TO THOMAS COLLINS SEP 28 2016 TO OCT 5 2016 |
| Gov't Ex. | 710 | FUNDS FROM USLG TO RICHARD MALLION MAR 23 2018 TO APR 9 2018 |
| Gov't Ex. | 711 | USLG FLOW OF FUNDS TO GRAHAM AND MATYAS JAN 1 2016 TO DEC 31 2019 |
| Gov't Ex. | 712 | FUNDS FROM THOMAS COLLINS TO BASTET INDUSTRIES OCT 27 2016 TO NOV 2 2016 |
| Gov't Ex. | 714 | FUNDS FROM FORREST CHURCH TO RICHARD MALLION JUNE 26 2019 TO SEP 24 2019 |
| Gov't Ex. | 715 | FUNDS FROM CHARLES SCOTT TO RICHARD MALLION APR 27 2018 TO MAY 30 2018 |
| Gov't Ex. | 716 | FUNDS FROM FORREST CHURCH TO RICHARD MALLION MAY 21 2018 TO JUNE 15 2018 |
| Gov't Ex. | 717 | USLG INFLOWS AND OUTFLOWS 2016 2019 |
| Gov't Ex. | 718 | US LIGHTING GROUP INFLOWS AND OUTFLOWS 2016 TO 2019 GRAPH |
| Gov't Ex. | 719 | Home Depot Inflows Summary |
| Gov't Ex. | 720 | PAYPAL WITHDRAWAL SUMMARY |
| Gov't Ex. | 721 | Summary of Payments to Arthur, Bongornio, Carver, Graham, Matyas |
| Gov't Ex. | 802 | 20180802 MILLETT EMAIL USLG SHARE PURCHASE ALLOCATION INSTRUCTIONS |

| | | |
|---|---|---|
| Gov't Ex. | 805 | 20190215-USLG STOCK LETTER OF OPINION USLG CALVIN MILLETT CERT#642 |
| Gov't Ex. | 805-A | Don Howard Letter to Millett |
| Gov't Ex. | 808 | 20190301 MILLETT EMAIL USLG SHAREHOLDER CALVIN MILLETT |
| Gov't Ex. | 811 | 20190325 MILLETT EMAIL USLG SHAREHOLDER CALVIN MILLETT |
| Gov't Ex. | 833 | 20190430 BEIN EMAIL USLG HOLDING PERIOD |
| Gov't Ex. | 846 | 20190909 MCCUSKER EMAIL TO USLG SHAREHOLDERLATIONS |
| Gov't Ex. | 850 | 20190502 BEIN EMAIL SEC COMPLAINT |
| Gov't Ex. | 856 | 20191214 BEIN EMAIL QUICKSOLUTION NEEDED |
| Gov't Ex. | 859 | 2010827 MAZZOLA EMAIL TO BEIN USLG REDACTED |
| Gov't Ex. | 860-E | 20161214 EMAIL STOCK LOESCH PAUL SPIVAK US LIGHTING (with Attachments) |
| Gov't Ex. | 861 | Frank Trust Documents (DEATH CERT; SPAs; CHECKS; SUBSCRIPTION AGREEMNT) |
| Gov't Ex. | 911 | Loesch phone: LOESCH SMIRNOVA |
| Gov't Ex. | 912 | Loesch phone: LOESCH SPIVAK ARTHUR |
| Gov't Ex. | 913 | Loesch phone: LOESCH MALLION |
| Gov't Ex. | 914 | Loesch phone: LOESCH SPIVAK SMIRNOVA |
| Gov't Ex. | 915 | Loesch phone: LOESCH SPIVAK SMIRNOVA BONGIORNO |
| Gov't Ex. | 916 | Loesch phone: LOESCH SPIVAK BONGIORNO |
| Gov't Ex. | 917 | Loesch phone: LOESCH BONGIORNO ARTHUR |
| Gov't Ex. | 918 | Loesch phone: IMESSAGE THREAD WITH POWERS BONGIORNO |
| Gov't Ex. | 919 | Loesch phone: LOESCH SPIVAK MALLION SMIRNOVA |
| Gov't Ex. | 920 | Loesch phone: LOESCH ARTHUR |
| Gov't Ex. | 921 | Loesch phone: LOESCH SPIVAK MALLION |

| | | |
|---|---|---|
| Gov't Ex. | 921-A | Loesch phone: LOESCH MALLION SPIVAK |
| Gov't Ex. | 922 | Loesch phone: LOESCH ARTHUR SPIVAK SMIRNOVA |
| Gov't Ex. | 923 | Loesch phone: LOESCH SPIVAK |
| Gov't Ex. | 924 | Loesch phone: LOESCH SPIVAK MALLION SPOERER |
| Gov't Ex. | 926 | TOM COLLINS PROVIDED MESSAGES TELEGRAM CHATS |
| Gov't Ex. | 928 | GRAHAM TEXT MESSAGES WITH SPIVAK |
| Gov't Ex. | 929 | GRAHAM TEXT MESSAGES WITH COLLINS |
| Gov't Ex. | 930 | Paul Spivak Elan x3462 Dec. 2016 |
| Gov't Ex. | 931 | Church email to Scott, June 20, 2018 |
| Gov't Ex. | 931-A | Marketing USLG xlsx |
| Gov't Ex. | 932 | Paul Spivak E-Trade x9552 July 2017 |
| Gov't Ex. | 1029 | USLG  5187 STMT 20160801 TO 20160831 |
| Gov't Ex. | 1205 | GRAHAM PHOTO SENT TO MALLION |
| Gov't Ex. | 1301 | 20170126 USLG LETTER TO DUDLEY FRANK |
| Gov't Ex. | 1304 | USLG Financial Statements 2016.12.31 |
| Gov't Ex. | 1305 | USLG Financial Statements 2017.12.31 |
| Gov't Ex. | 1306 | USLG Financial Statements 2018.12.31 |
| Gov't Ex. | 1307 | USLG Financial Statements 2019.12.31 and 2018 |
| Spivak Ex. | 34 | Share Exchange Agreement between LXRT, USLG, and P. Spivak and C. Scott |
| Spivak Ex. | 35 | Attachment to share exchange agreement |
| Spivak Ex. | 36 | SEC Form 8k |
| Spivak Ex. | 56 | Common Stock Purchase Agreement |
| Spivak Ex. | 72 | Letter from M. Petitti re Issuance of USLG Common Stock |
| Spivak Ex. | 73 | Email from L. Loesch to D. Bergman re PPM |
| Spivak Ex. | 74 | Email from D. Bergman to L. Loesch re Updated Investor Package |
| Spivak Ex. | 92 | Stock Issuance Instuction Form to Loesch |
| Spivak Ex. | 96 | USLG v. Mallion - Verified Complaint |
| Spivak Ex. | 100 | Loesch email to Welling Re: Prism Funding |
| Spivak Ex. | 116 | USLG v. Mallion - Answer of Mallion Defendants |

| | | |
|---|---|---|
| Spivak Ex. | 131 | Petitti letter re US Lighting Group, Inc. (f/k/a Luxurious Travel Corp.) ("USLG," "Company" or "Issuer"), a Florida corporation |
| Spivak Ex. | 156 | USLG v. Mallion - USLG's Notice of Voluntary Dismissal Without Prejudice as to Defendants Richard Malloin, Donna Mallion, HSF Investment, Inc. and Roland Murillo |
| Spivak Ex. | 160 | USLG v. Mallion - Judgment Entry of Dismissal |
| Spivak Ex. | 358 | Ameriprise record |
| Spivak Ex. | 368 | USLG Huntington Bank Statement for Period 7/1/16-7/31/16 |
| Spivak Ex. | 478 | Email attaching Bongiorno Invoice |
| Spivak Ex. | 480 | Email re USLG term sheet |
| Spivak Ex. | 482 | Email re Tim Driscoll |
| Spivak Ex. | 485 | Bongiorno Email re equity investment |
| Spivak Ex. | 490 | Mallion- Subscription Agremt |
| Spivak Ex. | 491 | Mallion Subscription Agremt |
| Spivak Ex. | 492 | Mallion Subscription Agremt |
| Spivak Ex. | 495 | Subscription Agreement |
| Spivak Ex. | 501 | Bein Subscription Agreement |
| Spivak Ex. | 1015 | Emails re: Continued Misrep |
| Spivak Ex. | 1016 | Loesch email to Petitti |
| Spivak Ex. | 1045A | Trade Station Account Statement |
| Spivak Ex. | 1045D | Trade Station Account Statement |
| Spivak Ex. | 1045E | Trade Station Account Statement |
| Spivak Ex. | 1045G | Trade Station Account Statement |
| Spivak Ex. | 1045H | Trade Station Account Statement |
| Spivak Ex. | 1045L | Church email re: Lambert |
| Spivak Ex. | 1055 | Church Email to Scott re: Stock Purchase |
| Spivak Ex. | 1057 | Church Email re releases |
| Spivak Ex. | 1112F | Subscription Agreement |
| Scott Ex. | 7 | June 29, 2016- Stock Cert (1,225,000 LXRT) |
| Scott Ex. | 10 | 3/25/2018- Petitti opinion/ conclusion Niccols Re:issuance 1,225,000 shares of USLG |
| Scott Ex. | 16 | Email Chain re: Marketing |
| Scott Ex. | 43 | Yahoo Finance Data |
| Scott Ex. | 50 | Purchase Agreement |