AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

V.

CHARLES SCOTT

**PHASE TWO WITNESS LIST**

Case Number: 1:21cr491-3

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. Philip Calabrese | Elliot Morrison & Megan Miller | David DeVillers & Samantha Pugh |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Sept 11, 2024-Sept 16, 2024 | Gregory Mizanin/Sue Triscian | Angela Yesiolowski |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/11/2024 | Govt Witness#1 | | Jason Dean |
| 1 | | 9/12/2024 | Govt Witness#2 | | Forrest Church |
| 1 | | 9/13/2024 | Govt Witness#3 | | Anthony Fry |
| | 3 | 9/13/2024 | Def Witness#1 | | Robert Hipple |
| | 3 | 9/13/2024 | Def Witness#2 | | Charles Scott |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages