**PHASE TWO EXHIBIT LIST**

| Ex. Series | Ex. Number | Exhibit Name |
|---|---|---|
| Gov't Ex. | 20-A | 2021.04.01 WIRE 25000 |
| Gov't Ex. | 20B | CHARLES SCOTT NAVY FEDERAL CREDIT UNION X2167 2021.03.22 TO 2021.04.21 |
| Gov't Ex. | 22-A | FORREST CHURCH BANK OF AMERICA X2853 2021.03.19 TO 2021.04.19 |
| Gov't Ex. | 22-B | VSTOCK RECEIPT 142095 |
| Gov't Ex. | 44-A | FORREST CHURCH BOA X2853 2021.03.19 to 2021 TO 2021.04.19 |
| Gov't Ex. | 44-B | VSTOCK RECEIPT 142095 |
| Gov't Ex. | 45-A | 2021.04.01 WIRE 25000 |
| Gov't Ex. | 45-B | CHARLES SCOTT NAVY FEDERAL CREDIT UNION X2167 2021.03.22 TO 2021.04.21 |
| Gov't Ex. | 46-A | FORREST CHURCH BANK OF AMERICA X2853 2021.03.19 TO 2021.04.19 |
| Gov't Ex. | 46-B | USLG HUNTINGTON X5187 STATEMENT 2021.04.01 TO 2021.04.30 |
| Gov't Ex. | 47-A | CHARLES SCOTT NAVY FEDERAL CREDIT UNION X2167 2021.03.22 TO 2021.04.21 |
| Gov't Ex. | 47-B | USLG HUNTINGTON X5187 STATEMENT 2021.04.01 TO 2021.04.30 |
| Gov't Ex. | 47-C | 2021.04.05 SCOTT'S PAYMENT TO USLG WIRE DETAIL 15000.00 |
| Gov't Ex. | 124-A | PHOTO C85-0060 |
| Gov't Ex. | 124-B | C85-0066 |
| Gov't Ex. | 181 | CHARLES SCOTT JASON DEAN EMAILS AND ATTCH |
| Gov't Ex. | 182 | CHARLES SCOTT JASON DEAN TEXT MESSAGES |
| Gov't Ex. | 183 | FORREST CHURCH JASON DEAN EMAILS AND ATTCH |
| Gov't Ex. | 185 | DANIELTO DEAN NOV. 30 2020 |
| Gov't Ex. | 186 | JASON DEAN EMAIL TO MARIA DANIEL DEC. 14 2020 |
| Gov't Ex. | 192 | DANIELTO DEAN JAN. 7 2020 SIGNED SUBAGREEMENT |

| Gov't Ex. | 206 | SHARES AGREEMENT |
|---|---|---|
| Gov't Ex. | 211 | CONSULTING AGREEMENTS |
| Gov't Ex. | 239 | CHARLES SCOTT |
| Gov't Ex. | 242-A | SCOTT CHARLES [Full version] |
| Gov't Ex. | 251 | FORREST CHURCH |
| Gov't Ex. | 256 | JASON DEAN |
| Gov't Ex. | 276 | THE LEGAL PAD 001 |
| Gov't Ex. | 404-A | NOV 30 2020 1D4 SPIVAK 1008-1030 |
| Gov't Ex. | 427-A | FEB 26 2021 1D28 SPIVAK 113-231 |
| Gov't Ex. | 429-A | MAR 5 2021 1D31 1D32 SPIVAK 950-1258 |
| Gov't Ex. | 429-B | MAR 5 2021 1D31 1D32 SPIVAK 1330-1720 |
| Gov't Ex. | 430-A | MAR 10 2021 1D33 2 SPIVAK 313-534 |
| Gov't Ex. | 430-B | MAR 10 2021 1D33 3 SPIVAK 000-018 |
| Gov't Ex. | 430-C | MAR 10 2021 1D33 3 SPIVAK 052-127 |
| Gov't Ex. | 430-D | MAR 10 2021 1D33 SCOTT 2128-END |
| Gov't Ex. | 431-A | Mar 15 2021 1D34 Spivak 050-132 |
| Gov't Ex. | 431-B | Mar 15 2021 1D34 Church 506-609 |
| Gov't Ex. | 432-A | MAR 16 2021 1D35 SPIVAK 030-644 |
| Gov't Ex. | 432-B | MAR 16 2021 1D35 SCOTT 708-1105 |
| Gov't Ex. | 434-A | MAR 24 2021 1D36 CHURCH 031-042 |
| Gov't Ex. | 434-B | MAR 24 2021 1D36 CHURCH 747-848 |
| Gov't Ex. | 434-C | MAR 24 2021 1D36 CHURCH 854-1015 |
| Gov't Ex. | 435-A | MAR 30 2021 1D27 SPIVAK 210-458 |
| Gov't Ex. | 435-B | MAR 30 2021 1D27 SPIVAK 1424-1538 |
| Gov't Ex. | 437-A | APR 13 2021 1D38 SPIVAK 225-415 |
| Gov't Ex. | 437-B | APR 13 2021 1D38 SPIVAK 657-732 |

| | | |
|---|---|---|
| Gov't Ex. | 437-C | APR 13 2021 1D38 SCOTT 837-1036 |
| Gov't Ex. | 437-D | APR 13 2021 1D38 SCOTT 1205-1428 |
| Gov't Ex. | 439-B | APR 16 2021 1D37 6 SPIVAK 600-648 |
| Gov't Ex. | 439-C | APR 16 2021 1D37 6 SPIVAK 720-810 |
| Gov't Ex. | 439-D | APR 19 2021 1D37 7 SCOTT 739-820 |
| Gov't Ex. | 439-E | APR 19 2021 1D37 7 SCOTT 256-655 |
| Gov't Ex. | 443-A | APR 30 2021 1D42 SCOTT 107-131 |
| Gov't Ex. | 443-B | APR 30 2021 1D42 SCOTT 1002-1108 |
| Gov't Ex. | 443-C | APR 30 2021 1D42 SCOTT 1507-1715 |
| Gov't Ex. | 443-D | APR 30 2021 1D42 SCOTT 2258-2320 |
| Gov't Ex. | 445-A | MAY 14 2021 1D46 SCOTT 3112-3410 |
| Gov't Ex. | 446-A | MAY 18 2021 1D44 SPIVAK 5050-10430 |
| Gov't Ex. | 447-A | MAY 18 2021 1D45 SPIVAK 935-1112 |
| Gov't Ex. | 451-A | MAY 26 2021 1D49 SCOTT 602-735 |
| Gov't Ex. | 451-B | MAY 26 2021 1D49 SCOTT 1218-1236 |
| Gov't Ex. | 451-C | MAY 26 2021 1D49 SCOTT 1336-1352 |
| Gov't Ex. | 451-D | MAY 26 2021 1D49 SCOTT 1434-1455 |
| Gov't Ex. | 451-E | MAY 26 2021 1D49 SCOTT 243-310 |
| Gov't Ex. | 451-F | MAY 26 2021 1D49 SCOTT 1130-1230 |
| Gov't Ex. | 451-G | MAY 26 2021 1D49 SCOTT 1548-1720 |
| Gov't Ex. | 451-H | MAY 26 2021 1D49 SCOTT 1743-1840 |
| Gov't Ex. | 451-I | MAY 26 2021 1D49 Scott and Flood |
| Gov't Ex. | 453-B | JUN 2 2021 1D51 1D52 17_38 SPIVAK 012-408 |
| Gov't Ex. | 453-C | JUN 2 2021 1D51 1D52 17_38 SPIVAK 742-917 |

| | | |
|---|---|---|
| Gov't Ex. | 453-D | JUN 2 2021 1D51 1D52 230-250 |
| Gov't Ex. | 459-A | JUN 8 2021 1D56 SPIVAK 1655-1850 |
| Gov't Ex. | 459-B | JUN 8 2021 1D56 SPIVAK 1921-1957 |
| Gov't Ex. | 459-C | JUN 8 2021 1D56 SPIVAK 035-053 |
| Gov't Ex. | 906 | PAUL SPIVAK TEXTS CHS AND UCE |
| Gov't Ex. | 907 | PAUL SPIVAK TEXT MESSAGE THREAD WITH CHS |
| Gov't Ex. | 908 | PAUL SPIVAK TEXT MESSAGE THREAD WITH CHARLIE |
| Gov't Ex. | 1322 | OCE Text Messages With Paul Spivak |
| Gov't Ex. | 1324 | OCE Text Messages With Charlie Scott and Paul Spivak |
| Gov't Ex. | 1325 | OCE Text Messages With Forrest Church |
| Gov't Ex. | 1326 | OCE Text Messages With Forrest Church, Paul Spivak, and Charlie Scott |
| Gov't Ex. | 1328 | OCE Text Messages With Paul Spivak and Forrest Church |
| Gov't Ex. | 1401 | Wire Record, $29,000 from Scott to Legacy Global |
| Scott | 439 | APR 16 2021 1D37 SPIVAL SCOTT AND DANIEL |
| Scott | 447 | MAY 18 1D45 Spivak |
| Scott | 449 | MAY 21 2021 1D47 SPIVAK AND SCOTT |