AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cr-491 |
| Paul Spivak | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paul Spivak.

Date: 10/16/2024

/s/ Elizabeth Franklin-Best
*Attorney's signature*

Elizabeth Franklin-Best SC72555
*Printed name and bar number*

Elizabeth Franklin-Best, P.C.
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204

*Address*

elizabeth@franklinbestlaw.com
*E-mail address*

(803) 445-1333
*Telephone number*

*FAX number*