IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:21-cr-491 |
| v. ) | |
| ) | |
| PAUL SPIVAK, ) | |
|     Defendant. ) | |
| _____ ) | |

**NOTICE OF INTENTION TO ADOPT PREVIOUSLY FILED MOTION FOR A
JUDGMENT OF AQUITTAL OR, IN THE ALTERNATIVE,
MOTION FOR A NEW TRIAL**

Pursuant to this Court's text order to advise the Court whether she intends to stand on the previously filed motion for a judgment of acquittal or, in the alternative, motion for a new trial, ECF No. 480, counsel hereby informs the Court that she does intend to do so and respectfully asks to adopt that motion on behalf of Mr. Spivak.

Respectfully submitted,

/s/ Elizabeth Franklin-Best
Elizabeth Franklin-Best, P.C.
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204
elizabeth@franklinbestlaw.com
(803) 445-1333

December 5, 2024