IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:21-cr-00491 |
| ) | |
| v. ) | |
| ) | |
| PAUL SPIVAK, ) | |
|     Defendant. ) | |
| _____) | |

**NOTICE OF APPEAL**

Notice is hereby given that Paul Spivak, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on the 22nd day of April, 2025.

/s/ Elizabeth Franklin-Best
Elizabeth Franklin-Best, P.C.
3710 Landmark Drive, Suite 113
Columbia, South Carolina 29204
elizabeth@franklinbestlaw.com
(803) 445-1333